UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELVIN BREAUX,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY LERDO FACILITY MEDICAL STAFF, et al.<br><br>    Defendants. | No. 1:23-cv-01244 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

Telvin Breaux seeks to hold unidentified medical staff and deputies at the Kern County Lerdo Correctional Facility liable for violations of his civil rights. (Doc. 1.) The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 5.) The magistrate judge issued a Screening Order directing Plaintiff to file an amended complaint. (*Id.* at 7.) However, the U.S. Postal Service returned the order as "Undeliverable, Not in Custody" on January 29, 2024.

The magistrate judge issued Findings and Recommendations, recommending the action be dismissed for failure to state a cognizable claim and failure to prosecute. (Doc. 8.) The Court served the Findings and Recommendations on Plaintiff at the only address on record. However, the U.S. Postal Service again returned the Court's mail as "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward, Not in Custody' on March 25, 2024.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff failed to comply with the Local Rules requiring him to keep the Court apprised of his current address, and more than 63 days have passed since the Court's mail was first returned as undeliverable. *See* Local Rule 183(b). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 15, 2024 (Doc. 8) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE